cdeg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60760

UNITED STATES OF AMERICA,   CIV - DIMITROULEAS

Plaintiff,

TORRES

v.

FORTY-FOUR THOUSAND FOUR
HUNDRED THIRTY TWO DOLLARS
($44,432.00) IN UNITED STATES CURRENCY,

Defendant.
_____/

NIGHT BOX
FILED

JUN 9 2004

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

### VERIFIED COMPLAINT FOR FORFEITURE IN REM

The plaintiff, the United States of America, hereby files this Verified Complaint for Forfeiture *In Rem* and states the following:

1. This is a civil action for forfeiture *in rem* against Forty-Four Thousand Four Hundred Thirty-Two Dollars ($44,432.00) in United States Currency (hereinafter referred to as the "defendant currency").

2. Jurisdiction is vested in this Court, pursuant to Title 28, United States Code, Sections 1331, 1333, 1345, and 1355.



3. Venue lies in this district, pursuant to Title 28, United States Code, Section 1395 (a) and (b) because the defendant currency is located within the Southern District of Florida and will remain so during the pendency of this action.

4. The United States of America seeks forfeiture of the defendant currency, pursuant to Title 31, United States Code, Sections 5317(c)(2) on the grounds that the currency was property involved in and/or traceable to a violation of Title 31, United States Code, Section 5316.

## FACTUAL BACKGROUND

5. On January 15, 2004, detectives of the Broward Sheriff's Office Domestic Interdiction Unit were inspecting outbound passengers on Air Jamaica Flight 36 as it was leaving Fort Lauderdale Airport in the Southern District of Florida for Kingston, Jamaica.

6. The claimants, Ava Hayles, Greg Simms, and Vernal Johnson were randomly selected for inspection while entering the jetway to board the plane.

7. Upon inspection, each claimant was found be in possession of United States currency in excess of $10,000.00.

8. The claimant, Ava Hayles was found to be in possession of $15,497.00 in United States currency.

9. The claimant, Vernal Johnson was found to be in possession of $15,370.00 in United States currency.

10. The claimant, Greg Simms was found to be in possession of $13,565.00 in United States Currency.

Complaint; that this Court decree the condemnation and forfeiture of the defendant currency to the United States; and that the plaintiff have any such other and further relief as may be just and proper.

> Respectfully submitted,
>
> MARCOS DANIEL JIMENEZ
> UNITED STATES ATTORNEY
>
> By: _____
> CAROL E. A. DEGRAFFENREIDT
> ASSISTANT UNITED STATES ATTORNEY
> FLORIDA BAR NO. 0642101
> 500 East Broward Boulevard, Suite 700
> Fort Lauderdale, Florida 33394
> Tel: (954) 660-5726
> Fax: (954) 356-7180
> E-mail: Carol.Degraffenreidt-Willis@usdoj.gov

### VERIFICATION

I, Tom Regennitter, Special Agent of the United States Department of Homeland Security, declare under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that I have read the foregoing Complaint for Forfeiture *In Rem* and that the contents are true to the best of my knowledge and belief.

> TOM REGENNITTER
> SPECIAL AGENT
> DEPARTMENT OF HOMELAND SECURITY/ICE

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

**CIV-DIMITROULEAS**

## DEFENDANTS
TORRES Forty-Four thousand four hundred thirty two dollars ($44,432.00) in U.S. currency

**04-60760**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Carol E.A. DeGraffenreidt
500 E. Broward Blvd, Suite 700
Ft. Lauderdale, FL 33394

ATTORNEYS (IF KNOWN)

NIGHT BOX FILED
JUN - 9 2004
CLERK, USDC/SDFL/FTL
CLARENCE MADDOX

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

0:04cv60760 - WPD Torres

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | A PROPERTY RIGHTS | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | B☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | B☐ 690 Other | B SOCIAL SECURITY | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | A LABOR | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | B☐ 540 Mandamus & Other | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS - Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | B☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions A OR B |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

Forfeiture pursuant to Title 31 USC 5317(c)(2)

LENGTH OF TRIAL
via _____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 6/10/04

SIGNATURE OF ATTORNEY OF RECORD
CAROL E.A. DeGRAFFENREIDT

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT GOV'T APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.